# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **Majestic Liquor Stores, Inc.**

Case No.  **10-**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Republic National PO Box 536389 Grand Prairie, TX 75053 | Dave Slocum 214-394-1463 | Trade Debt | | $1,014,061.69 |
| Glazers Wholesale PO Box 814450 Dallas, TX 75381 | Bill George 817-832-5515 | Trade Debt | | $686,190.38 |
| Mexcor, Inc. 8950 Railwood Dr. Houston, TX 77078 | Eduardo Morales 713-979-0066 | Trade Debt | | $52,292.05 |
| Conedison Solutions PO Box 223246 Pittsburg, PA 15251 | Maria Isaac Ext. 5 800-563-4191 | Trade Debt | | $36,220.98 |
| CD Hartnett Company PO Box 1989 Weatherford, TX 76086 | Steve Milliken 817-594-3813 | Trade Debt | | $27,896.68 |
| Coca Cola Enterprises PO Box 840232 Dallas, TX 75284 | Greg Robinson 817-847-3000 | Trade Debt | | $25,064.71 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **Majestic Liquor Stores, Inc.**

Case No.  10-

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mid State Wine & Liquors<br>5301 Rosslyn Rd.<br>Houston, TX 77091<br><br>713-682-0800 | | Trade Debt | | $18,645.00 |
| Madix Terrell<br>500 Airport Road<br>Terrell, TX 75160 | Christopher McGlamery<br><br>972-932-4577 | Trade Debt | | $16,622.45 |
| The Wine Frog<br>3625 E. Vickery Blvd.<br>Fort Worth, TX 76105 | Natalie de La Giraudiere<br><br>817-536-6911 | Trade Debt | | $15,009.14 |
| Reddy Ice<br>PO Box 730505<br>Dallas, TX 75373 | Wesley Adams<br><br>800-256-9619 | Trade Debt | | $10,012.44 |
| Greenspring Media Group<br>730 Second Avenue<br>Minneapolis, MN 55402<br><br>612-371-5800 | | Trade Debt | | $9,300.00 |
| Pollock Paper<br>1 Pollock Place<br>Grand Prairie, TX 75050 | Ken Beasley<br><br>972-263-0205 | Trade Debt | | $9,174.73 |
| Dr. Pepper Snapple Group<br>2817 Braswell Dr.<br>Fort Worth, TX 76111 | 817-625-4440<br>972-673-7360 | Trade Debt | | $9,053.30 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **Majestic Liquor Stores, Inc.**

Case No.  **10-**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, Including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Aramark Uniform Service<br>PO Box 2474<br>Fort Worth, TX 76113<br><br>800-879-9180 | | Trade Debt | | $6,987.73 |
| Zimair Display, LP<br>2024 Belle Avenue<br>Fort Worth, TX 76164 | KM<br><br><br>817-624-7245 | Trade Debt | | $6,792.69 |
| Global Quality Imports<br>1230 Kress St.<br>Houston, TX 77020 | Bill Davis<br><br><br>713-675-7773 | Trade Debt | | $6,760.24 |
| A&R Inventory<br>3941 Lawnwood<br>Fort Worth, TX 76111 | Eddie Kuykendall<br><br><br>817-834-1920 | Trade Debt | | $5,703.47 |
| Stanley Convergent Security<br>Dept. CH 10651<br>Palatine, IL 60055<br><br>866-509-0921 | | Trade Debt | | $4,049.05 |
| Ranger Beverage<br>PO Box 3847<br>Lubbock, TX 79452<br><br>806-438-3315 | | Trade Debt | | $3,924.24 |
| Prestige Wine Cellars<br>PO Box 816089<br>Dallas, TX 75381 | Andrea Penkins<br><br><br>214-823-9272 | Trade Debt | | $3,771.24 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   Majestic Liquor Stores, Inc.

Case No.   10-

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ President _____ of the _____ Corporation _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:   05/05/2010                                 Signature: _____

                                                                    Ben A. Lanford
                                                                    President