

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed July 08, 2010

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| MAJESTIC LIQUOR STORES, INC., *et al.*, | ) | Case No. 10-43849-rfn-11 |
| | ) | (Jointly Administered) |
| | ) | |
| JOHN MELVIN BRATTON, | ) | Case No. 10-43883-rfn-11 |
| | ) | |
| KYLE TATE FAIR and | ) | Case No. 10-43885-rfn-11 |
| SUZANNE PATRICIA FAIR, | ) | |
| | ) | **Jointly Administered Under** |
| Debtors. | ) | **Case No. 10-43849-rfn-11** |

### ORDER

On June 29, 2010 in Fort Worth, Texas came on for consideration the Motion of Majestic Liquor Stores, Inc. for Order Authorizing Certain Store Closing Sales of Existing Inventory, Nunc Pro Tunc to the Petition Date (docket no. 99) ("Motion"). An objection (docket no. 111) was filed to the Motion by certain Lubbock County "Taxing Entities" (as defined in the objection) and the Crowley Independent School District ("Crowley ISD"). However, such

1

objections have been resolved by the terms of the Order set forth below. The Court concludes that the Motion should be granted on the terms set forth below.

ACCORDINGLY, it is hereby ORDERED that:

1. The Motion is hereby granted subject to the following paragraphs.

2. Any objections to the Motion not resolved prior to the expedited hearing conducted on the Motion are hereby overruled.

3. Majestic be, and hereby is, authorized, *nunc pro tunc* to the Petition Date, to conduct Store Closing Sales of existing inventory, including but not limited to beer, wine, liquor and other alcoholic beverages, whether in unopened cases or on store shelves and offered for individual sale, at each and every location associated with the Rejected Leases.

4. Any liens held by the Lubbock Cooper Independent School District, City of Lubbock, High Plains Water District, Lubbock County Hospital District, Lubbock County, and Frenship Independent School District to secure the payment of ad valorem taxes for the year 2010 imposed against business personal property which Majestic is authorized to sell pursuant to this Order shall attach, with the same validity and priority as such liens enjoyed prior to the Store Closing Sales authorized herein, to all other business personal property owned by Majestic which is located within Lubbock County, Texas.

5. Any liens held by the Crowley Independent School District to secure the payment of ad valorem taxes for the years 2009 and 2010 imposed against business personal property which Majestic is authorized to sell pursuant to this Order shall attach, with the same validity and priority as such liens enjoyed prior to the Store Closing Sales authorized herein, to all other business personal property owned by Majestic which is located within Tarrant County, Texas.

6. This Court shall retain jurisdiction to hear any and all issues or disputes relating

to or arising under the Motion or this Order.

### End of Order ###

L:\BFORSHEY\Majestic Liquor #5363\Pleadings\Order - Sale of Inventory.docx