# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

In re   **Majestic Liquor Stores, Inc.**          Case No.    **10-43849-rfn-11**

Chapter     **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $26,442,608.47 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $13,415,435.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $254,259.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | $370,782.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 53 | $26,442,608.47 | $14,040,477.12 | |

In re  **Majestic Liquor Stores, Inc.**                     Case No.   <u>10-43849-rfn-11</u>
                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Building and ground lease<br>4401 West Division<br>Arlington, TX 76021<br>(3,750 sq. ft. Retail Liquor Store)<br><br>*A leasehold Deed of Trust and Security Agreement in favor of The F&M Bank & Trust Company is recorded against the property in the Tarrant County deed records. Debtor believes this to be in error and believes that such deed of trust should have been released in 2005 when the applicable loan from The F&M Bank & Trust Company was fully repaid. Debtor disputes the deed of trust and any other lien on the property that may be claimed by The F&M Bank & Trust Company. | Fee Simple Ownership of building and leasehold interest pursuant to ground lease | | Unknown | Unknown* |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

In re  **Majestic Liquor Stores, Inc.**                    Case No.    **10-43849-rfn-11** _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in Store Registers (See Attachment B.1) | | $93,710.00 |
| | | Deposits in Transit - Stores (See Attachment B.1) | | $561,722.37 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | See Attachment B.2 | | $372,650.33 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In re  **Majestic Liquor Stores, Inc.**                          Case No.   **10-43849-rfn-11**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Exxon credit card receipts | $113,582.88 |
| | | Trade Receivables | $8,593.90 |
| | | Employee Receivables | $3,930.49 |
| | | Other Receivables | $8,593.90 |
| | | Returned Checks | $38,054.19 |

In re **Majestic Liquor Stores, Inc.**                    Case No.    10-43849-rfn-11
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax deposit made to IRS due to company year-end being different from the shareholders year-end | $304,288.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Goodwill - Dunlap & Patel | $500,000.00 |
| | | Goodwill - Fat Dog Beverage | $1,390,351.00 |
| | | Non-Compete - Robert Hensley | $25,094.82 |
| | | Non-Compete - Dunlap & Patel | $212,500.07 |

In re  **Majestic Liquor Stores, Inc.**                    Case No.   __10-43849-rfn-11____
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Non-Compete - Mao Chhay | $80,000.00 |
| | | Loan Origination Fee | $36,666.71 |
| | | Goodwill value of Debtor's ongoing business enterprise | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attachment B.25 | $245,627.99 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment at home office | $42,593.07 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Store equipment in all stores | $2,484,303.63 |
| 30. Inventory. | | Inventory | $17,308,941.58 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |

In re  **Majestic Liquor Stores, Inc.**                    Case No.  __10-43849-rfn-11_____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Leasehold Improvements | $1,955,892.56 |
| | | Prepaid Insurance | $179,631.00 |
| | | Prepaid Taxes | $86,026.98 |
| | | Prepaid Rent | $2,850.00 |
| | | Prepaid Other Expenses | $387,003.00 |

_____4_____ continuation sheets attached          Total >     $26,442,608.47

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **ACCT #: x9976**<br><br>**The F&M Bank & Trust Company**<br>**3811 Turtle Creek Blvd., Ste 150**<br>**Dallas, TX 75219** | X | DATE INCURRED:  **4/2009**<br>NATURE OF LIEN:<br>**Blanket Lien**<br>COLLATERAL:<br>**All Personal Property**<br>REMARKS:<br><br>VALUE:                    **$26,442,608.47** | | | | **$13,415,435.00** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | **$13,415,435.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | **$13,415,435.00** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Majestic Liquor Stores, Inc.**  Case No.  <u>10-43849-rfn-11</u>
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    1    </u>continuation sheets attached

In re  **Majestic Liquor Stores, Inc.**                                         Case No.   **10-43849-rfn-11**

                                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Alcohol, Tobacco and Firearms (ATF)<br>500 Main St.<br>Cinncinati, OH 45202 | | DATE INCURRED: **5/10/2010**<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | | | | $9,101.09 | $9,101.09 | $0.00 |
| ACCT #:<br>Tarrant County Tax Assessor-Coll<br>PO Box 961018<br>Fort Worth, TX 76161 | | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Property**<br>REMARKS: | | | | $245,158.61 | $245,158.61 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $254,259.70 | $254,259.70 | $0.00 |

Total >   $254,259.70

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >                               $254,259.70        $0.00

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

In re **Majestic Liquor Stores, Inc.**      Case No. <u>10-43849-rfn-11</u>
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>7Up/RC Texas Panhandle<br>8110 N Frankford<br>Lubbock, TX 79410 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $67.80 |
| ACCT #:<br>A D T Security Services<br>P. O. Box 371956<br>Pittsburgh, PA 15250 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $43.30 |
| ACCT #:<br>A T & T<br>P. O. Box 5019<br>Carol Stream, IL 60197 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $938.01 |
| ACCT #:<br>A T & T<br>P. O. Box 5001<br>Carol Stream, IL 60197 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,735.53 |
| ACCT #:<br>A T & T<br>P. O. Box 105068<br>Atlanta, GA 30348 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $623.20 |
| ACCT #:<br>A T & T<br>P. O. Box 5001<br>Carol Stream, IL 60197 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $18.00 |
| | | | | | Subtotal > | $7,425.84 |

<u>   32   </u> continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>A T & T Advertising Solutions<br>P. O. Box 5010<br>Carol Stream, IL  60197 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,876.00 |
| ACCT #:<br>A T & T Long Distance<br>P. O. Box 5017<br>Carol Stream, IL  60197 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $230.86 |
| ACCT #:<br>A T & T Mobility<br>P. O. Box 6463<br>Carol Stream, IL  60197 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,873.87 |
| ACCT #:<br>A&R Inventory<br>3941 Lawnwood<br>Fort Worth, TX 76111 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $8,928.47 |
| ACCT #:<br>A-W Distributors<br>3737 West Conflans<br>Irving, TX  75061 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $240.00 |
| ACCT #:<br>ABCO Paper Co<br>P. O. Box 81692<br>Austin, TX  78748 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $232.60 |

Sheet no. _____1_____ of _____32_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $13,381.80

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**

Case No.   **10-43849-rfn-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Admiral Linen & Uniform**<br>**2030 Kipling**<br>**Houston, TX  77098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $657.13 |
| ACCT #:<br>**ADT Security Services**<br>**P. O. Box 371956**<br>**Pittsburg, PA  15250** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,745.70 |
| ACCT #:<br>**Advanced Locksmiths**<br>**5317 Taylor Road**<br>**Fort Worth, TX  76114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $354.10 |
| ACCT #:<br>**Advanced Petroleum**<br>**2451 Great Southwest Parkway**<br>**Fort Worth, TX  76106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,153.67 |
| ACCT #:<br>**Affiliated Foods**<br>**P. O. Box 2865**<br>**Amarillo, TX  79105** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $517.95 |
| ACCT #:<br>**Affordable Power**<br>**P. O. Box 660038**<br>**Dallas, TX  75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $15,144.99 |

Sheet no. ____2____ of ____32____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $22,573.54

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**

Case No.   **10-43849-rfn-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **All American Trading** <br> **6622 Supply Row** <br> **Houston, TX 77011** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $750.00 |
| ACCT #: <br> **Allied Compliance Services** <br> **2827 74th Street** <br> **Lubbock, TX 79423** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $15.00 |
| ACCT #: <br> **Allied Waste Services** <br> **P. O. Box 78829** <br> **Phoenix, AZ 85062** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $766.26 |
| ACCT #: <br> **American Express Publishing** <br> **23 Pond Lane** <br> **Middlebury, VT 05753** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $81.00 |
| ACCT #: <br> **Aqua One** <br> **P. O. Box 8210** <br> **Amarillo, TX 79114** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $42.00 |
| ACCT #: <br> **Aqua Texas** <br> **P. O. Box 1229** <br> **Newark, NJ 07101** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $58.26 |

Sheet no. ___3___ of ___32___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,712.52

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Aramark Uniform Service**<br>**PO Box 2474**<br>**Fort Worth, TX 76113** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $8,337.34 |
| ACCT #:<br>**Aramark Uniform Services**<br>**P. O. Box 6308**<br>**Tyler, TX 75711** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,063.12 |
| ACCT #:<br>**Arlington Utilities**<br>**P. O. Box 90020**<br>**Arlington, TX 76004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $130.53 |
| ACCT #:<br>**Atmos Energy**<br>**P. O. Box 78108**<br>**Phoenix, AZ 85034** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $705.78 |
| ACCT #:<br>**Bar Charts, Inc.**<br>**600 Park of Commerce Blvd #D**<br>**Boca Raton, FL 33487** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $89.10 |
| ACCT #:<br>**Birch Communications**<br>**P. O. Box 23039**<br>**Columbus, GA 31902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $20.99 |

Sheet no. _____4_____ of _____32_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $12,346.86

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Blue Water Sourcing**<br>**12455 Granite Falls Tr**<br>**Frisco, TX  75035** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $710.32 |
| ACCT #:<br>**Bowen Landscape**<br>**1865 McGee Lane Suite I**<br>**Lewisville, TX  75077** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>- | | | | $351.00 |
| ACCT #:<br>**Boyd's Southwest Toys**<br>**19260 Oak Trail Dr**<br>**Flint, TX  75762** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $733.88 |
| ACCT #:<br>**Britt Hunt Co, LLC**<br>**4020 Jordonia Station Rd**<br>**Nashville, TN  37218** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,135.99 |
| ACCT #:<br>**Broadview Security**<br>**P. O. Box 660418**<br>**Dallas, TX  75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $206.73 |
| ACCT #:<br>**Bullard, Inc.**<br>**P. O. Box 1518**<br>**Palestine, TX  75802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $229.62 |

Sheet no. _____5_____ of _____32_____ continuation sheets attached to                    Subtotal >                    $4,367.54
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**                    Case No.  <u>10-43849-rfn-11</u>
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CAO International, Inc.**<br>**6172 Cockrill Bend Circle**<br>**Nashville, TN 37209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,261.05 |
| ACCT #:<br>**CD Hartnett Company**<br>**PO Box 1989**<br>**Weatherford, TX 76086** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,871.06 |
| ACCT #:<br>**Centerpoint Energy**<br>**P. O. Box 2628**<br>**Houston, TX 77252** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $18.15 |
| ACCT #:<br>**Century Link**<br>**P. O. Box 660068**<br>**Dallas, TX 75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,274.39 |
| ACCT #:<br>**Cherokee County Electric**<br>**P. O. Box 257**<br>**Rusk, TX 75785** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,810.27 |
| ACCT #:<br>**City of Austin**<br>**P. O. Box 2267**<br>**Austin, TX 78783** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $163.31 |

Sheet no.   <u>6</u>   of   <u>32</u>   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal >       $12,398.23

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Azle**<br>**613 SE Parkway**<br>**Axle, TX  76020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $219.33 |
| ACCT #:<br>**City of Big Sandy**<br>**P. O. Box 986**<br>**Big Sandy, TX  75755** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $470.18 |
| ACCT #:<br>**City of Carrollton**<br>**P. O. Box 115120**<br>**Carrollton, TX  75011** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $81.22 |
| ACCT #:<br>**City of Cuney**<br>**P. O. Box 68**<br>**Cuney, TX  75759** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $80.00 |
| ACCT #:<br>**City of Dallas**<br>**City Hall, 1 AN**<br>**Dallas, TX  75277** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $204.76 |
| ACCT #:<br>**City of Fort Worth**<br>**P. O. Box 961003**<br>**Fort Worth, TX  76161** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,386.57 |

Sheet no. ____7____ of ____32____ continuation sheets attached to                    Subtotal >          | $2,442.06 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**

Case No.   10-43849-rfn-11
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Granbury**<br>P. O. Box 969<br>Granbury, TX  76048 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $867.88 |
| ACCT #:<br>**City of Highland Village**<br>1000 Highland Village Rd<br>Highland Village, TX  75077 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $369.34 |
| ACCT #:<br>**City of Hudson Oaks**<br>210 N Lakeshore Dr<br>Hudson Oaks, TX  76087 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $106.14 |
| ACCT #:<br>**City of Kennedale**<br>405 Municipal Dr<br>Kennedale, TX  76060 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $111.33 |
| ACCT #:<br>**City of Lake Worth**<br>3805 Adam Grubb Rd<br>Lake Worth, TX  76135 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $47.99 |
| ACCT #:<br>**City of Plainview Utilities**<br>121 W 7th<br>Plainview, TX  79072 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $214.56 |

Sheet no. ___8___ of ___32___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $1,717.24

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Rusk**<br>**205 S Main Street**<br>**Rusk, TX  75785** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $385.75 |
| ACCT #:<br>**City of Weatherford**<br>**P. O. Box 255**<br>**Weatherford, TX  76086** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,969.43 |
| ACCT #:<br>**City of Wolfforth**<br>**P. O. Box 36**<br>**Wolfforth, TX  79382** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $361.10 |
| ACCT #:<br>**CKS Wireless**<br>**P. O. Box 2125**<br>**Jacksonville, TX  75766** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $106.18 |
| ACCT #:<br>**Classic Star Group**<br>**6324 Eden Dr**<br>**Haltom City, TX  76117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $15,632.29 |
| ACCT #:<br>**Coca Cola Enterprises**<br>**PO Box 840232**<br>**Dallas, TX 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $16,130.48 |

Sheet no. ____9____ of ____32____ continuation sheets attached to                                          Subtotal >          | $34,585.23 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**

Case No.   **10-43849-rfn-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Collins Brothers, Inc.** <br> **2113 Greenleaf** <br> **Evanston, IL  60202** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $846.56 |
| ACCT #: <br> **Community Coffee Co., LLC** <br> **P. O. Box 60141** <br> **New Orleans, LA  70160** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $255.00 |
| ACCT #: <br> **CompuTeam** <br> **P. O. Box 121787** <br> **Fort Worth, TX  76121** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $32.46 |
| ACCT #: <br> **Conedison Solutions** <br> **PO Box 223246** <br> **Pittsburg, PA 15251** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $44,238.42 |
| ACCT #: <br> **CoServ** <br> **P. O. Box 650785** <br> **Dallas, TX  75265** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $3,768.37 |
| ACCT #: <br> **Cowboy Fire Equipment** <br> **111 Winters Edge Dr** <br> **Red Oak, TX  75154** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $939.98 |

Sheet no. _____10_____ of _____32_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $50,080.79

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Majestic Liquor Stores, Inc.**

Case No.  **10-43849-rfn-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Cox Telecom, Inc.**<br>**8807 Joliet Ave**<br>**Lubbock, TX  79423** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $125.30 |
| ACCT #:<br>**D & D Janitorial Service**<br>**P. O. Box 234**<br>**Plainview, TX  79073** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $350.00 |
| ACCT #:<br>**D & D Training**<br>**P. O. Box 181324**<br>**Arlington, TX  76096** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $140.00 |
| ACCT #:<br>**Dallas Morning News**<br>**P. O. Box 660040**<br>**Dallas, TX  75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,081.32 |
| ACCT #:<br>**Dennis East Int'l LLC**<br>**221 Willow Street**<br>**Yarmouthport, MA  02675** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $868.31 |
| ACCT #:<br>**Denson, Cory**<br>**17899 Carol Circle**<br>**Flint, TX  75762** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $120.00 |

Sheet no. __11__ of __32__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,684.93

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Design Design, Inc.**<br>P. O. Box 2266<br>Grand Rapids, MI  49501 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $550.44 |
| ACCT #:<br>**DigiCheck Payment Services Co.**<br>565 S Mason Rd, Suite 137<br>Katy, TX  77450 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $625.53 |
| ACCT #:<br>**Direct Source**<br>P. O. Box 270530<br>Flower Mound, TX  75027 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,473.35 |
| ACCT #:<br>**Dixie Paper Co. - Tyler**<br>P. O. Box 130729<br>Tyler, TX  75713 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,728.62 |
| ACCT #:<br>**Down Town Tire & State Inspection**<br>118 N Henderson Street<br>Fort Worth, TX  76102 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $32.00 |
| ACCT #:<br>**Dr. Pepper Snapple Group**<br>2817 Braswell Dr.<br>Fort Worth, TX 76111 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,095.29 |

Sheet no. ____12____ of ____32____ continuation sheets attached to                        Subtotal >            $10,505.23
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                              (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Duncan Disposal**<br>P. O. Box 78829<br>Phoenix, AZ  85062 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,071.81 |
| ACCT #:<br>**Dyna Distributing**<br>P. O. Box 1331<br>Wimberly, TX  78676 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $152.00 |
| ACCT #:<br>**East Texas Alarm**<br>315 S Vine<br>Tyler, TX  75702 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $512.01 |
| ACCT #:<br>**East Texas Refrigeration, Inc.**<br>P. O. Box 130213<br>Tyler, TX  75713 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $604.58 |
| ACCT #:<br>**East Texas Trash**<br>P. O. Box 37<br>Frankston, TX  75763 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $768.64 |
| ACCT #:<br>**Electrifiers, Inc.**<br>P. O. Box 752<br>Lubbock, TX  79408 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $231.91 |

Sheet no. ____13____ of ____32____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $3,340.95

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Experian** <br> **Department 1971** <br> **Los Angeles, CA  90088** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $26.00 |
| ACCT #: <br> **Fasteners for Retail** <br> **8181 Darrow Rd** <br> **Twinsburg, OH  44087** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $455.88 |
| ACCT #: <br> **FC Background** <br> **12750 Merit Dr, Suite 1215** <br> **Dallas, TX  75251** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $497.95 |
| ACCT #: <br> **FedEx** <br> **P. O. Box 660481** <br> **Dallas, TX  75266** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $1,018.37 |
| ACCT #: <br> **Finck Cigar Co.** <br> **P. O. Box 831007** <br> **San Antonio, TX  78283** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $860.00 |
| ACCT #: <br> **First Advantage ADR** <br> **P. O. Box 526024** <br> **Sacramento, CA  95852** | | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $26.95 |

Sheet no. ___14___ of ___32___ continuation sheets attached to                                Subtotal >           $2,885.15
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Majestic Liquor Stores, Inc.**

Case No.  <u>10-43849-rfn-11</u>
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Fred & Friends**<br>**30 Martin Street**<br>**Cumberland, RI 02864** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $118.63 |
| ACCT #:<br>**Funco Distributing**<br>**5201 Cameron Road**<br>**Austin, TX 78723** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $81.75 |
| ACCT #:<br>**Fusion Premire Beverage**<br>**1101 Q St, Ste 106A**<br>**Omaha, NE 68137** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $108.00 |
| ACCT #:<br>**Gabel's**<br>**9217 Tranquility Dr**<br>**Florence, KY 41042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $390.32 |
| ACCT #:<br>**GAP Broadcasting**<br>**P. O. Box 202228, Deot 22804**<br>**Dallas, TX 75320** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,120.00 |
| ACCT #:<br>**George's Key Service**<br>**2118 50th**<br>**Lubbock, TX 79412** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $73.00 |

Sheet no. <u>15</u> of <u>32</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $2,891.70 |
| Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Giftcraft, Inc.**<br>P. O. Box 1270<br>Grand Island, NY  14072 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $263.34 |
| ACCT #:<br>**Global Signs, Inc.**<br>5105 E California Pkwy<br>Fort Worth, TX  76119 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,436.69 |
| ACCT #:<br>**Gold Label, Inc.**<br>4115 Lindbergh Dr<br>Addison, TX  75001 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,109.17 |
| ACCT #:<br>**Granbury Chamber of Commerce**<br>3408 E Hwy 377<br>Granbury, TX  76049 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $150.00 |
| ACCT #:<br>**Graybar**<br>P. O. Box 840458<br>Dallas, TX  75284 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $186.28 |
| ACCT #:<br>**Great Discovery's**<br>5401 Mitchelldale, Suite A-1<br>Houston, TX  77092 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,055.15 |

Sheet no. _____16_____ of _____32_____ continuation sheets attached to                              Subtotal >          | $7,200.63 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Greenspring Media Group**<br>**600 US Trust Bldg**<br>**730 Second Avenue**<br>**Minneapolis, MN  55402** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $9,300.00 |
| ACCT #:<br>**H & K Armored Service, Inc.**<br>**P. O. Box 1665**<br>**Odessa, TX  79760** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $377.14 |
| ACCT #:<br>**Harris Permit Service**<br>**3022 Race Street**<br>**Fort Worth, TX  76111** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $230.00 |
| ACCT #:<br>**Hobart Service**<br>**2210 Denton Dr #102**<br>**Austin, TX  78757** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $266.73 |
| ACCT #:<br>**Holiday Inn Hotels & Towers Lbk**<br>**801 Ave Q**<br>**Lubbock, TX  79401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $734.93 |
| ACCT #:<br>**Holiday Inn South Broadway**<br>**5701 S Broadway Ave**<br>**Tyler, TX  75703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,789.61 |

Sheet no. ___17___ of ___32___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $12,698.41

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**I E S I - Dallas**<br>P. O. Box 650592<br>Dallas, TX  75265 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $884.51 |
| ACCT #:<br>**I E S I - Fort Worth**<br>P. O. Box 162479<br>Fort Worth, TX  76161 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,339.12 |
| ACCT #:<br>**I E S I - Mineral Wells**<br>317 Lee Road<br>Mineral Wells, TX  76067 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $418.79 |
| ACCT #:<br>**IKON Office Solutions**<br>8910-820 Gears Rd<br>Houston, TX  77067 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,144.68 |
| ACCT #:<br>**InstaCheck**<br>P. O. Box 2249<br>Lubbock, TX  79408 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $768.16 |
| ACCT #:<br>**International Greeting USA**<br>P. O. Box 116741<br>Atlanta, GA  30368 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $184.82 |

Sheet no. <u>18</u> of <u>32</u> continuation sheets attached to        Subtotal >        $7,740.08
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**

Case No.   **10-43849-rfn-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Jamar Cards & Gifts**<br>**3524 W Biddison**<br>**Fort Worth, TX 76109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $162.00 |
| ACCT #:<br>**Jason Distributing**<br>**1321 S Houston Road**<br>**Pasadena, TX 77502** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,391.00 |
| ACCT #:<br>**Jeff Eubank Roofing Co., Inc.**<br>**1900 Northpark Dr**<br>**Fort Worth, TX 76102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,629.00 |
| ACCT #:<br>**Joey Ridgle's Septic Service Inc.**<br>**P. O. Box 822**<br>**Brownsboro, TX 75756** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $475.00 |
| ACCT #:<br>**Johnny Hunt Refrigeration**<br>**P. O. Box 6052**<br>**Lubbock, TX 79493** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $62.93 |
| ACCT #:<br>**KC Distributing**<br>**10615 Fishtrap Rd**<br>**Aubry, TX 76227** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $114.70 |

Sheet no. ____19____ of ____32____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $8,834.63

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Klemke's Sausage Haus**<br>255 W Garza<br>Slaton, TX  79364 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $116.00 |
| ACCT #:<br>**Konica Minolta Business Solutions**<br>Dept 2366<br>P. O. Box 122366<br>Dallas, TX  75312 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $96.86 |
| ACCT #:<br>**Kwik Kar Lube & Tune on University**<br>276 University Dr<br>Fort Worth, TX  76107 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $37.55 |
| ACCT #:<br>**Lagasse, Inc.**<br>P. O. Box 532670<br>Atlanta, GA  30353 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,224.44 |
| ACCT #:<br>**Lamar Companies**<br>P. O. Box 96030<br>Baton Rouge, LA  70896 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $759.00 |
| ACCT #:<br>**Little Saigon News**<br>13861 Seaboard Cir<br>Garden Grove, CA  92843 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $160.00 |

Sheet no.  **20**  of  **32**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $2,393.85

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Locksmith Services of Tyler**<br>P. O. Box 7397<br>Tyler, TX  75711 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $122.32 |
| ACCT #:<br>**Lone Star New Group**<br>512 Palo Pinto<br>Weatherford, TX  76086 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $446.50 |
| ACCT #:<br>**Lonestar Forklift**<br>4213 Forest Lane<br>Garland, TX  75042 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $209.06 |
| ACCT #:<br>**Lubbock Power & Light**<br>P. O. Box 10541<br>Lubbock, TX  79408 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,887.97 |
| ACCT #:<br>**M G M Printing**<br>2500 Airport Frwy<br>Fort Worth, TX  76111 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $592.14 |
| ACCT #:<br>**M Shanken Communications**<br>23 Pond Lane<br>Middlebury, VT  05753 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $669.00 |

Sheet no. ___21___ of ___32___ continuation sheets attached to                                        Subtotal >      | $4,926.99 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Made-Rite Co.**<br>P. O. Box 3283<br>Longview, TX  75606 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,423.20 |
| ACCT #:<br>**Madix Terrell**<br>500 Airport Road<br>Terrell, TX 75160 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $15,355.57 |
| ACCT #:<br>**Marotz Cleaning Services**<br>600 S Bell Blvd, Suite 211<br>Cedar Park, TX  78613 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $375.00 |
| ACCT #:<br>**Mayfield Paper CO., Inc.**<br>720 E 42nd Street<br>Lubbock, TX  79404 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $569.15 |
| ACCT #:<br>**MedTech Wristbands**<br>P. O. Box 402389<br>Orlando, FL  32819 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,256.70 |
| ACCT #:<br>**Mengel Contracting**<br>1606 Lution Dr<br>Weatherford, TX  76087 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,721.27 |

Sheet no. ____22____ of ____32____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $22,700.89

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**

Case No.   **10-43849-rfn-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Metroplex Welding Supply, Inc.**<br>**1970 W Northwest Hwy**<br>**Dallas, TX  75220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $79.98 |
| ACCT #:<br>**Monarch Utilities**<br>**P. O. Box 4109**<br>**Cedar Park, TX  78630** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $864.85 |
| ACCT #:<br>**Monitronics**<br>**Dept CH 8628**<br>**Palatine, IL  60055** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $38.67 |
| ACCT #:<br>**Mr Yummy's**<br>**3323 NNE Loop 223**<br>**Tyler, TX  75708** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $684.31 |
| ACCT #:<br>**NTS Communications**<br>**P. O. Box 10730**<br>**Lubbock, TX  79408** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $423.37 |
| ACCT #:<br>**Orkin Tyler**<br>**P. O. Box 8648**<br>**Tyler, TX  75711** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $292.18 |

Sheet no.   **23**   of   **32**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $2,383.36

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Panhandle Popcorn Co.<br>P. O. Box 878<br>Plainview, TX  79073 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $17.40 |
| ACCT #:<br>Peggy's Produce<br>1509 Alta Vista St<br>Mesquite, TX  75149 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $967.55 |
| ACCT #:<br>Pepsi-Cola<br>P. O. Box 841828<br>Dallas, TX  75284 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $548.04 |
| ACCT #:<br>Pollock Paper<br>1 Pollock Place<br>Grand Prairie, TX 75050 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,647.95 |
| ACCT #:<br>Precision Pours, Inc.<br>12837 Industrial Park Blvd<br>Plymouth, MN  55441 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $353.40 |
| ACCT #:<br>Reddy Ice<br>PO Box 730505<br>Dallas, TX 75373 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,345.53 |

Sheet no. ____24____ of ____32____ continuation sheets attached to                           Subtotal >                | $12,879.87 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Romero's Cleaning Services**<br>**3515 52nd Street**<br>**Lubbock, TX 79413** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $433.00 |
| ACCT #:<br>**Rose City Foods, Inc.**<br>**P. O. Box 1403**<br>**Whitehouse, TX 75791** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $107.97 |
| ACCT #:<br>**Russ Berrie U S Gift, Inc.**<br>**P. O. Box 842616**<br>**Boston, MA 02284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $749.92 |
| ACCT #:<br>**Sinclair Heating & Cooling**<br>**6501 Upland Ave**<br>**Lubbock, TX 79407** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $396.67 |
| ACCT #:<br>**South Plains Electric**<br>**P. O. Box 600**<br>**Spur, TX 79370** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $16,420.52 |
| ACCT #:<br>**Southwestern Electric Power**<br>**P. O. Box 24422**<br>**Canton, OH 44701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,441.48 |

Sheet no. __25__ of __32__ continuation sheets attached to                    Subtotal >                    $21,549.56
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sparkletts & Sierra Springs**<br>P. O. Box 660579<br>**Dallas, TX  75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $106.88 |
| ACCT #:<br>**Sprint**<br>P. O. Box 219100<br>**Kansas City, MO  64121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $61.62 |
| ACCT #:<br>**Stanley Convergent Security**<br>Dept. CH 10651<br>**Palatine, IL 60055** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,763.09 |
| ACCT #:<br>**Stanley Works Automated Door Systems**<br>2207 Joe Field Rd<br>**Dallas, TX  75229** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,274.96 |
| ACCT #:<br>**Summit Electrical Supply**<br>P. O. Box 848345<br>**Dallas, TX  76147** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $735.10 |
| ACCT #:<br>**Sysco Austin**<br>101 Chisholm Trail<br>**Round Rock, TX  78681** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,917.97 |

Sheet no. _____26_____ of _____32_____ continuation sheets attached to                    Subtotal >                    $10,859.62
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Majestic Liquor Stores, Inc.**                          Case No.   **10-43849-rfn-11**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Teinert Commercial Building Services**<br>P. O. Box 5327<br>Lubbock, TX  79408 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | X | $20,301.10 |
| ACCT #:<br>**Texas Gas Service**<br>P. O. Box 269042<br>Oklahoma City, OK  73126 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $57.39 |
| ACCT #:<br>**Texas Products**<br>P. O. Box 2284<br>Rockwall, TX  75087 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $469.00 |
| ACCT #:<br>**Texas Tollways**<br>P. O. Box 650749<br>Dallas, TX  75265 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1.65 |
| ACCT #:<br>**The Lab**<br>518 S Fleishel<br>Tyler, TX  75702 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $280.00 |
| ACCT #:<br>**TLD Distribution**<br>505 7th Avenue<br>City of Industry, CA  91746 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,611.44 |

Sheet no. ___**27**___ of ___**32**___ continuation sheets attached to          Subtotal >          $25,720.58
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tobacco Express**<br>**3331 70th Ste F**<br>**Lubbock, TX  79413** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $559.62 |
| ACCT #:<br>**Town of Addison**<br>**P. O. Box 650399**<br>**Addison, TX  75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $938.70 |
| ACCT #:<br>**Trinity Valley Electric**<br>**P. O. Box 888**<br>**Kaufman, TX  75142** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $10,831.45 |
| ACCT #:<br>**True by True Fabrications**<br>**14 S Idaho Street**<br>**Seattle, WA  98134** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $178.80 |
| ACCT #:<br>**Twin Distributing**<br>**P. O. Box 2229**<br>**Denison, TX  75021** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $609.60 |
| ACCT #:<br>**TXU Energy**<br>**P. O. Box 650638**<br>**Dallas, TX  75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,636.45 |

Sheet no. ____28____ of ____32____ continuation sheets attached to                                    Subtotal >     | $15,754.62 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**

Case No.   **10-43849-rfn-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tyler Beverages**<br>P. O. Drawer 5390<br>Tyler, TX  75712 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $421.20 |
| ACCT #:<br>**Tyler Morning Telegraph**<br>P. O. Box 2030<br>Tyler, TX  75710 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,022.00 |
| ACCT #:<br>**U S Interactive**<br>13805 West Rd, Suite 200<br>Houston, TX  76147 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $110.00 |
| ACCT #:<br>**UniFirst Holdings, Inc.**<br>1727 E 8th Street<br>Lubbock, TX  79403 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $789.57 |
| ACCT #:<br>**United Cooperative Services**<br>P. O. Box 961079<br>Fort Worth, TX  76161 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,671.95 |
| ACCT #:<br>**Upshur Rural Electric Coop**<br>1200 W Tyler St<br>Gilmer, TX  75644 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,770.36 |

Sheet no. ____29____ of ____32____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $7,785.08

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Majestic Liquor Stores, Inc.**

Case No.   <u>10-43849-rfn-11</u>
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Verizon Business**<br>P. O. Box 371873<br>Pittsburgh, PA  15250 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $74.95 |
| ACCT #:<br>**Verizon Southwest**<br>P. O. Box 920041<br>Dallas, TX  75392 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,197.98 |
| ACCT #:<br>**Vintage Wine Estates-TX**<br>205 Concourse Blvd<br>Santa Rosa, CA  95403 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,787.80 |
| ACCT #:<br>**Viva Distributing**<br>P. O. Box 203836<br>Lubbock, TX  77216 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,671.00 |
| ACCT #:<br>**Wagner Supply**<br>925 E 66th Street<br>Lubbock, TX  79404 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,289.12 |
| ACCT #:<br>**Waste Connection of TX**<br>P. O. Box 2782<br>Lubbock, TX  79408 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $234.50 |

Sheet no. ___30___ of ___32___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $7,255.35

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Waste Management**<br>P. O. Box 78251<br>Phoenix, AZ  85062 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,120.96 |
| ACCT #:<br>**Water Event**<br>2109 Luna Rd, Suite 100<br>Carrollton, TX  75006 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $18.35 |
| ACCT #:<br>**Welch Air Conditioning, Inc.**<br>2501 Creswick, Suite 1<br>Plano, TX  75093 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,654.17 |
| ACCT #:<br>**West Gregg County Utility**<br>P. O. Box 1196<br>Kilgore, TX  75663 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $29.95 |
| ACCT #:<br>**Wilkins Heating & A/C**<br>P. O. Box 1954<br>Plainview, TX  79073 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $92.06 |
| ACCT #:<br>**Wilouby International**<br>420 N Moss Street<br>Burbank, CA  91502 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $605.40 |

Sheet no. ___31___ of ___32___ continuation sheets attached to                                      Subtotal >    $3,520.89
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                        (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Wine News, Inc.**<br>**23 Pond Lane**<br>**Middlebury, VT  05753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $59.40 |
| ACCT #:<br>**Worldwide Express**<br>**P. O. Box 26070**<br>**Austin, TX  78755** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $385.92 |
| ACCT #:<br>**WTG Fuels**<br>**P. O. Box 3514**<br>**Midland, TX  79702** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $208.67 |
| ACCT #:<br>**Xcel Energy**<br>**P. O. Box 9477**<br>**Minneapolis, MN  55484** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,657.66 |
| ACCT #:<br>**Xpedx**<br>**P. O. Box 677312**<br>**Dallas, TX  75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $134.06 |
| ACCT #:<br>**Zimair Display, Inc.**<br>**2024 Belle Avenue**<br>**Fort Worth, TX 76164** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,792.69 |

Sheet no. __32__ of __32__ continuation sheets attached to                Subtotal >   | $11,238.40 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >   | $370,782.42 |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **289 Partners, LP**<br>4712 22nd Street<br>Lubbock, TX 79407 | Lease for:<br>7021 Quaker 100 & 200<br>Lubbock, TX 79423 |
| **341 Bennett, L.P.**<br>1125 Levi<br>Paris, TX 75462 | Lease for:<br>722 FM 1585<br>Lubbock, TX 79423 |
| **A-Harpman, Inc.**<br>4890 Park Drive<br>Carlsbad, CA 92008-3118 | Lease for:<br>1228 Ranger Highway, Ste 100 & 200<br>Weatherford, TX 76086 |
| **Adobe Road Investments, LLC**<br>701 East Lassen<br>Chico, CA 95973 | Lease for:<br>2400 IH-35 South<br>Round Rock, TX 78681 |
| **Albert Keith & Cheryl Mae Feese**<br>Co-Trustees of the Albert Keith Feese &<br>Cheryl Mae Feese Revoc. Living Trust<br>c/o Al Feese, 22430 Almeda Del Monte<br>Wildomar, CA 92595 | Lease for:<br>12201 Camp Bowie Blvd West<br>Aledo, TX 76008 |

In re  **Majestic Liquor Stores, Inc.**                    Case No.   __10-43849-rfn-11__
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Aramark Uniform Servives**<br>P. O. Box 2474<br>Fort Worth, TX  76102-6640 | Uniform Service<br>Various Stores |
| **Ben Lanford**<br>1111 Jacksboro Hwy<br>Fort Worth, TX  76107 | Lease for:<br>Majestic Liquor Stores, Inc.<br>1111 Jacksboro Hwy<br>Fort Worth, TX  76107 |
| **CD Investments, LLC**<br>3 Colton Court<br>Redwood City, CA  94062 | Lease for:<br>3200 Pioneer Parkway<br>Dalworthington Gardens, TX  76013 |
| **Fifth Third Bank**<br>c/o General Counsel<br>38 Fountain Square Plaza<br>Mail Drop 10907E<br>Cinncinnati, OH  45263 | Bankcard Merchant Agreement for Credit Card Processing Services |
| **Hulen Square Partners, LTD**<br>C/O Cencor Realty Services, Inc.<br>3102 Maple Ave, Ste 500<br>Dallas, TX  75201 | Lease for:<br>6209 Granbury Road<br>Fort Worth, TX  76133 |

In re **Majestic Liquor Stores, Inc.**                    Case No. __10-43849-rfn-11__
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **IESI**<br>P. O. Box 162479<br>Fort Worth, TX 76161 | Dumpster Services<br>Various Stores |
| **J.C. Pace, Ltd.**<br>420 Throvkmorton, Suite 710<br>Fort Worth, TX 76102-3724 | Lease for:<br>6738-A Lake Worth Blvd<br>Lake Worth, TX 76135 |
| **J.D. Dickerson**<br>212 West 9th Street<br>Plainview, TX 79072 | Lease for:<br>401 West 24th Street<br>Plainview, TX 79072 |
| **J.V. Leggett, Inc.**<br>6816D Camp Bowie Blvd.<br>Fort Worth, TX 76116 | Lease for:<br>4000 - 4004 Airport Freeway<br>Fort Worth, TX 76111 |
| **JBS Holdings, LP**<br>504 West 13th Street<br>Austin, TX 78701 | Lease for:<br>6731 State Highway 31 West<br>Kilgore, TX 75662 |

In re  **Majestic Liquor Stores, Inc.**                                    Case No.  __10-43849-rfn-11__
                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **JMJMammoth, LLC**<br>c/o Jerry Wise<br>12100 Olympic Blvd, Suite 350<br>Los Angeles, CA  90064 | Lease for:<br>14733 Inwood Road<br>Addison, TX  75001 |
| **Kerry L. Haus**<br>16511 Garfield Avenue, 6C<br>Paramount, CA  90723 | Lease for:<br>707 W Broadway<br>Big Sandy, TX  75755 |
| **Kerry L. Haus**<br>16511 Garfield Avenue, 6C<br>Paramount, CA  90723 | Lease for:<br>709 W Broadway<br>Big Sandy, TX  75755 |
| **Majestic Texas Grapevine, L.P.**<br>5609 Cradlerock Circle<br>Plano, TX  75093 | Lease for:<br>8841 & 8871 State Highway 175 West<br>Cuney, TX  75759 |
| **Majestic Texas Properties, L.P.**<br>5609 Cradlerock Circle<br>Plano, TX  75093 | Lease for:<br>4401 W Division<br>Arlington, TX  76012 |

In re **Majestic Liquor Stores, Inc.**                    Case No.  <u>10-43849-rfn-11</u>
                                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Majestic Texas Properties, L.P.**<br>5609 Cradlerock Circle<br>Plano, TX  75093 | Lease for:<br>10101 Highway 87<br>Lubbock, TX  79423 |
| **Markis M. Der Sarkissian and Mary O. Der**<br>Sarkissian, Trustees of the Sarkis and<br>Mary Der Sarkissian Family Trust 1/24/90<br>2443 Venus Drive<br>Los Angeles, CA  90046 | Lease for:<br>3000 Meadowbrook<br>Arlington, TX  76012 |
| **Misak Markarian**<br>834 East Elmwood Avenue<br>Burbank, CA  91501 | Lease for:<br>8915-8955 State Highway 175 West<br>Cuney, TX  75759 |
| **National Retail Properties, LP**<br>450 South Orange Ave, Ste 900<br>Orlando, FL  32801 | Lease for:<br>1111 Jacksboro Hwy<br>Fort Worth, TX  76107 |
| **National Retail Properties, LP**<br>450 South Orange Ave, Ste 900<br>Orlando, FL  32801 | Lease for:<br>4520 Camp Bowie<br>Fort Worth, TX  76107 |

In re  **Majestic Liquor Stores, Inc.**                    Case No.   __10-43849-rfn-11_____

                                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **National Retail Properties, LP**<br>450 South Orange Ave, Ste 900<br>Orlando, FL  32801 | Lease for:<br>5600 East IH-20<br>Kennedale, TX  76140 |
| **National Retail Properties, LP**<br>450 South Orange Ave, Ste 900<br>Orlando, FL  32801 | Lease for:<br>1200 Eastchase Parkway<br>Fort Worth, TX  76120 |
| **National Retail Properties, LP**<br>450 South Orange Ave, Ste 900<br>Orlando, FL  32801 | Lease for:<br>6801 Randol Mill<br>Fort Worth, TX  76120 |
| **National Retail Properties, LP**<br>450 South Orange Ave, Ste 900<br>Orlando, FL  32801 | Lease for:<br>503 Northwest Parkway<br>Azle, TX  76020 |
| **National Retail Properties, LP**<br>450 South Orange Ave, Ste 900<br>Orlando, FL  32801 | Lease for:<br>1150 Highway 377 East<br>Granbury, TX  76048 |

In re **Majestic Liquor Stores, Inc.**                      Case No.   **10-43849-rfn-11**
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **National Retail Properties, LP** 450 South Orange Ave, Ste 900 Orlando, TX  32801 | Lease for: 7530 & 7536 State Hwy 155 Coffee City, TX  75763 |
| **National Retail Properties, LP** 450 South Orange Ave, Ste 900 Orlando, FL  32801 | Lease for: 7560 Greenville Avenue Dallas, TX  75231 |
| **National Retail Properties, LP** 450 South Orange Ave, Ste 900 Orlando, FL  32801 | Lease for: 2151 W Northwest Highway Dallas, TX  75220 |
| **National Retail Properties, LP** 450 South Orange Ave, Ste 900 Orlando, FL  32801 | Lease for: 9909 Highway 87 (The Cellar) Lubbock, TX  79423 |
| **National Retail Properties, LP** 450 South Orange Ave, Ste 900 Orlando, FL  32801 | Lease for: 10307 Highway 87 Lubbock, TX  79423 |

In re  **Majestic Liquor Stores, Inc.**                                    Case No.    10-43849-rfn-11
                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 7*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **National Retail Propeties, LP**<br>450 South Orange Ave, Ste 900<br>Orlando, FL  32801 | Lease for:<br>3500 Ft Worth Highway<br>Hudson Oaks, TX  76087 |
| **NTCS Properties, LLC**<br>1000-A N.E. Loop 820<br>Fort Worth, TX  76106 | Lease for:<br>1004 N. E. Loop 820<br>Fort Worth, TX  76106 |
| **One EMSEE, LLC**<br>1755 Hecker Pass Highway<br>Gilroy, CA  95020 | Lease for:<br>2401 Parker Road<br>Hebron, TX  75010 |
| **Presidential Convenience Center, LTD**<br>P. O. Box 2009<br>Lubbock, TX  79404 | Lease for:<br>641 U.S. Highway 62/82<br>Wolfforth, TX  79382 |
| **SE Fort Worth Majestic Bldg Partners, LP**<br>512 Main Street, Suite 150<br>Fort Worth, TX  76102 | Lease for:<br>5625 East Loop 820 South<br>Fort Worth, TX  76119 |

In re  **Majestic Liquor Stores, Inc.**                                    Case No.  __10-43849-rfn-11__
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 8*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Second Master-Built Homes, Inc.**<br>P. O. Box 2282<br>Fort Worth, TX  76113 | Lease for:<br>5601 McCart Avenue<br>Fort Worth, TX  76133 |
| **Shift4 Corporation**<br>1491 Center Crossing Road<br>Las Vegas, NV  89144 | Internet gateway between Company and Fifth Third Bank for card processing |
| **Stevens Family Ventures Texas, LLC**<br>636 Augustine Lane<br>Lafayette, CA  94549 | Lease for:<br>4651 Bryant Irvin<br>Fort Worth, TX  76132 |
| **SYMCO**<br>5012 Bristol Industrial Way<br>Suite 105<br>Buford, GA  30518 | Office equipment maintenance |
| **The Hsiuh Chin Lin and Tung Hsiang**<br>Lan Lin Family 2007 Revoc Trust<br>Dated 3/25/07<br>15 Upland<br>Irvine, CA  92602 | Lease for:<br>2140 F.M. 407<br>Highland Village, TX  75077 |

In re **Majestic Liquor Stores, Inc.**                    Case No.    **10-43849-rfn-11**
                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 9*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **The Impson Family Trust**<br>14586 Seacoast Drive, Unit 2D<br>Imperial Beach, CA  91932 | Lease for:<br>210 E CR 7200<br>Lubbock, TX  79404 |
| **VDI Income Fund I, LLLP**<br>3093 West 30th Way<br>Boca Raton, FL  33431-6352 | Lease for:<br>366 North Dickinson Drive<br>Rusk, TX  75785 |
| **Vista Property Company**<br>Cyndi Nwumeyer<br>114 West 7th Street, Ste 1210<br>Austin, TX  78701 | Lease for:<br>7938 Great Northern Blvd.<br>Austin, TX  78757 |
| **Vitorino-Port Isabel, LLC**<br>14185 N Dallas Pkwy, Ste 650<br>Dallas, TX  75254 | Lease for:<br>7831 State Highway 155<br>Coffee City, TX  75763 |
| **Walnut Realty, Ltd**<br>c/o James E. Wiley, Jr.<br>P. O. Box 541323<br>Dallas, TX  75354-1323 | Lease for:<br>2920 Blystone Lane<br>Dallas, TX  75220 |

In re  **Majestic Liquor Stores, Inc.**                                    Case No.   <u>10-43849-rfn-11</u>
                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John M. Bratton**<br>2125 Sutton Place<br>Plano, TX 75093 | **The F&M Bank & Trust Company**<br>3811 Turtle Creek Blvd., Ste 150<br>Dallas, TX 75219 |
| **Kyle T. Fair**<br>5609 Cradlerock Circle<br>Plano, TX 75093 | **The F&M Bank & Trust Company**<br>3811 Turtle Creek Blvd., Ste 150<br>Dallas, TX 75219 |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  Majestic Liquor Stores, Inc.

Case No.   10-43849-rfn-11
(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Vice President** _____ of the _____ **Corporation** _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 54 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **07/09/2010** _____        Signature _____

John Bratton
*Vice President*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

# MAJESTIC LIQUOR STORES, INC.

## Attachment B.1

### to

### Schedules

## Majestic Liquor Stores, Inc.
## Cash on Hand - June 6, 2010

| NO. | NAME | ADDRESS | CITY | STATE | ZIP | Register Change | Deposits on Hand | Total Cash on Hand |
|---|---|---|---|---|---|---|---|---|
| 1 | Majestic Liquor Stores, Inc. | 4520 Camp Bowie Blvd. | Fort Worth | TX | 76107 | $ 1,500.00 | $ 6,450.41 | $ 7,950.41 |
| 2 | Majestic Liquor Stores, Inc. | 5600 East I-20 | Kennedale | TX | 76140 | $ 3,000.00 | $ 26,632.61 | $ 29,632.61 |
| 3 | Majestic Liquor Stores, Inc. | 3500 Ft. Worth Hwy | Hudson Oaks | TX | 76087 | $ 1,500.00 | $ 8,660.05 | $ 10,160.05 |
| 4 | Majestic Liquor Stores, Inc. | 1200 Eastchase Pkwy | Fort Worth | TX | 76120 | $ 3,000.00 | $ 21,322.12 | $ 24,322.12 |
| 5 | Majestic Liquor Stores, Inc. | 12201 Camp Bowie Blvd. West | Aledo | TX | 76008 | $ 1,000.00 | $ 4,801.62 | $ 5,801.62 |
| 6 | Majestic Liquor Stores, Inc. | 6738-A Lake Worth Blvd. | Lake Worth | TX | 76135 | $ 1,000.00 | $ 9,887.54 | $ 10,887.54 |
| 7 | Majestic Liquor Stores, Inc. | 1004 NE Loop 820 | Fort Worth | TX | 76106 | $ 1,250.00 | $ 5,408.57 | $ 6,658.57 |
| 8 | Majestic Liquor Stores, Inc. | 4004 Airport Freeway | Fort Worth | TX | 76111 | $ 1,700.00 | $ 7,304.87 | $ 9,004.87 |
| 9 | Majestic Liquor Stores, Inc. | 6801 Randol Mill Rd | Fort Worth | TX | 76120 | $ 4,500.00 | $ 19,866.63 | $ 24,366.63 |
| 10 | Majestic Liquor Stores, Inc. | 5625 I H 20 East | Fort Worth | TX | 76119 | $ 2,500.00 | $ 12,001.38 | $ 14,501.38 |
| 12 | Majestic Liquor Stores, Inc. | 4651 Bryant Irvin Rd | Fort Worth | TX | 76132 | $ 1,900.00 | $ 6,289.36 | $ 8,189.36 |
| 14 | Majestic Liquor Stores, Inc. | 5601-B McCart Avenue | Fort Worth | TX | 76133 | $ 1,400.00 | $ 7,867.01 | $ 9,267.01 |
| 15 | Majestic Liquor Stores, Inc. | 6209 Granbury Rd | Fort Worth | TX | 76133 | $ 1,300.00 | $ 8,349.63 | $ 9,649.63 |
| 16 | Majestic Liquor Stores, Inc. | 503 N W Parkway | Azle | TX | 76020 | $ 1,500.00 | $ 14,879.38 | $ 16,379.38 |
| 20 | Majestic Liquor Stores, Inc. | 1150 Hwy, 377 East | Granbury | TX | 76048 | $ 1,800.00 | $ 9,429.65 | $ 11,229.65 |
| 22 | Arlington Bottle Shop # 1 | 3000 Meadowbrook Blvd. | Arlington | TX | 76012 | $ 1,900.00 | $ 8,612.21 | $ 10,512.21 |
| 24 | Majestic Liquor Stores, Inc. | 1228 Ranger Hwy Suite # 200 | Weatherford | TX | 76086 | $ 1,000.00 | $ 8,953.62 | $ 9,953.62 |
| 25 | Majestic Beer & Wine Store # 25 | 1228 Ranger Hwy Suite # 100 | Weatherford | TX | 76086 | $ 600.00 | $ 3,123.48 | $ 3,723.48 |
| 26 | Arlington Bottle Shop # 2 | 4401 W. Division | Arlington | TX | 76012 | $ 1,200.00 | $ 7,333.67 | $ 8,533.67 |
| 39 | Fat Dog Beer & Wine Store | 366 N. Dickinson Drive | Rusk | TX | 75785 | $ 1,500.00 | $ 13,795.31 | $ 15,295.31 |
| 41 | Fat Dog Beer Wine # 1 | 7536 State Hwy 155 | Coffee City | TX | 75763 | $ 2,500.00 | $ 36,748.82 | $ 39,248.82 |
| 42 | Far Dog Liquor Beer Wine # 2 | 7530 State Hwy 155 | Coffee City | TX | 75763 | $ 8,500.00 | $ 54,562.91 | $ 63,062.91 |
| 43 | Fat Dog Beer Wine # 3 | 707 West Broadway Street | Big Sandy | TX | 75755 | $ 2,000.00 | $ 11,253.40 | $ 13,253.40 |
| 44 | Fat Dog Liquor Beer Wine # 4 | 709 West Broadway Street | Big Sandy | TX | 75755 | $ 1,900.00 | $ 10,994.76 | $ 12,894.76 |
| 45 | Fat Dog Beer Wine # 5 | 8955 U.S. Highway 175 West | Cuney | TX | 75759 | $ 500.00 | $ 9,898.18 | $ 10,398.18 |
| 46 | T's Liquor Beer Wine # 5 | 8871 U.S. Highway 175 West | Cuney | TX | 75759 | $ 1,600.00 | $ 11,242.27 | $ 12,842.27 |
| 47 | T's Liquor Beer Wine # 1 | 7831 State Highway 155, Unit 1 | Coffee City | TX | 75763 | $ 1,400.00 | $ 10,678.98 | $ 12,078.98 |
| 48 | Fat Dog Liquor Beer Wine # 8 | 6731 State Highway 31 West | Kilgore | TX | 75662 | $ 1,600.00 | $ 11,129.55 | $ 12,729.55 |
| 49 | Fat Dog Liquor Beer Wine # 9 | 8915 U.S. Highway 175 West | Cuney | TX | 75759 | $ 1,400.00 | $ 18,883.52 | $ 20,283.52 |
| 50 | Majestic Liquor Stores, Inc. | 7560 Greenville Avenue | Dallas | TX | 75231 | $ 3,000.00 | $ 4,621.33 | $ 7,621.33 |
| 52 | Majestic Liquor Stores, Inc. | 2151 W. Northwest Hwy | Dallas | TX | 75220 | $ 3,000.00 | $ 6,046.46 | $ 9,046.46 |
| 54 | Majestic Liquor Stores, Inc. | 14733 Inwood Road | Addison | TX | 75001 | $ 4,000.00 | $ 8,517.27 | $ 12,517.27 |
| 62 | Grape Vine Market # 2 | 2140 Justin Road | Highland Village | TX | 75077 | $ 3,000.00 | $ 4,866.89 | $ 7,866.89 |
| 70 | Doc's Liquor Store | 2400 I 35 South, Suite 160 | Round Rock | TX | 78681 | $ 1,500.00 | $ 3,283.96 | $ 4,783.96 |
| 80 | Doc's Liquor Store Whs Division | 10101 Hwy 87 Unit 2 | Lubbock | TX | 79423 | $ 11,500.00 | $ 33,120.50 | $ 44,620.50 |
| 81 | Doc's Liquor Store # 2 | 10101 Hwy 87 Unit 2 | Lubbock | TX | 79423 | $ 10.00 | $ 46,477.34 | $ 46,487.34 |
| 82 | Doc's Liquor Store Of Plainview | 641 U.S. Highway 62 / 82 | Wolfforth | TX | 79382 | $ 3,750.00 | $ 8,499.09 | $ 12,249.09 |
| 83 | Doc's Beer & Wine Store Of Plainview | 401 West 24th Street | Plainview | TX | 79072 | $ 1,500.00 | $ 19,136.81 | $ 20,636.81 |
| 84 | Doc's Liquor Store # 3 | 409 West 24th Street | Plainview | TX | 79072 | $ - | $ 10,130.27 | $ 10,130.27 |
| 85 | Doc's Beer And Wine Store # 3 | 7021 Quaker Avenue Space 100 | Lubbock | TX | 79424 | $ 3,000.00 | $ 18,404.36 | $ 21,404.36 |
|  | Doc's Beer And Wine Store # 3 | 7021 Quaker Avenue Space 200 | Lubbock | TX | 79424 | $ 1,000.00 | $ 12,256.58 | $ 13,256.58 |
| WHSE | Majestic Liquor Stores, Inc. | 1111 Jacksboro Highway | Fort Worth | TX | 76107 | $ 2,000.00 | $ - | $ 2,000.00 |
|  |  |  |  |  |  | $93,710.00 | $561,722.37 | $ 655,432.37 |

# MAJESTIC LIQUOR STORES, INC.

## Attachment B.2

### to

### Schedules

**MAJESTIC LIQUOR STORES, INC.**
**Schedule of Bank Accounts**

| Account Type | Description | Bank | Account Number | Bank Address | Balance 6/6/2010 |
|---|---|---|---|---|---|
| Deposit | Store 43, 44 & 48 | Austin Bank | xxxxx9149 | 108 East Broadway Street, Big Sandy, TX 75755 | $ 7,543.88 |
| Deposit | Dallas Pooled Cash | Bank of America | xxxxxxxx8488 | 500 West 7th Street, Fort Worth, TX 76102 | $ 6,613.28 |
| Deposit | Store 50 | Bank of America | xxxxxxxx8527 | 500 West 7th Street, Fort Worth, TX 76102 | $ - |
| Deposit | Store 51 | Bank of America | xxxxxxxx0018 | 500 West 7th Street, Fort Worth, TX 76102 | $ - |
| Deposit | Store 52 | Bank of America | xxxxxxxx0021 | 500 West 7th Street, Fort Worth, TX 76102 | $ - |
| Deposit | Store 53 | Bank of America | xxxxxxxx0034 | 500 West 7th Street, Fort Worth, TX 76102 | $ - |
| Deposit | Store 54 | Bank of America | xxxxxxxx0047 | 500 West 7th Street, Fort Worth, TX 76102 | $ - |
| Deposit | General Office | Bank of Texas | xxxx0105 | 801 Cherry Street, Suite 100, Fort Worth, TX 76102 | $ 25,758.31 |
| Deposit | Health Benefits | Bank of Texas | xxx5484 | 801 Cherry Street, Suite 100, Fort Worth, TX 76102 | $ 10,095.55 |
| Deposit | Occupational Accident | Bank of Texas | xxx8454 | 801 Cherry Street, Suite 100, Fort Worth, TX 76102 | $ 385.19 |
| Deposit | Lottery | Bank of Texas | xxxx9891 | 801 Cherry Street, Suite 100, Fort Worth, TX 76102 | $ - |
| Deposit | Beer Drafts | Bank of Texas | xxx0229 | 801 Cherry Street, Suite 100, Fort Worth, TX 76102 | $ 9,618.17 |
| Deposit | Store 6 | Bank of Texas | xxx0512 | 801 Cherry Street, Suite 100, Fort Worth, TX 76102 | $ 6,645.06 |
| Deposit | Store 7 | Bank of Texas | xxxx5530 | 801 Cherry Street, Suite 100, Fort Worth, TX 76102 | $ 7,432.22 |
| Deposit | Store 3 | Compass Bank | xxxxxx0744 | 300 West 7th Street, Fort Worth, TX 76102 | $ 6,767.18 |
| Deposit | Store 5 | Compass Bank | xxxxxx3243 | 300 West 7th Street, Fort Worth, TX 76102 | $ 5,608.06 |
| Deposit | Store 16 | Compass Bank | xxxxxx2084 | 300 West 7th Street, Fort Worth, TX 76102 | $ 7,597.42 |
| Deposit | Store 20 | Compass Bank | xxxxxx5793 | 300 West 7th Street, Fort Worth, TX 76102 | $ 6,012.13 |
| Deposit | Store 24 & 25 | Compass Bank | xxxxxx4282 | 300 West 7th Street, Fort Worth, TX 76102 | $ 8,163.30 |
| Deposit | Store 82 & 83 | Compass Bank | xxxxxx0018 | 300 West 7th Street, Fort Worth, TX 76102 | $ - |
| Deposit | Main Operating | F&M Bank & Trust Company | xxxx3441 | 3811 Turtle Creek Blvd., Suite 150, Dallas, TX 75219 | $ - |
| Deposit | Store 41, 42, 45, 46, 47 & 49 | First State Bank | xxxxxx5562 | 169 South Frankston Highway, Frankston, TX 75763 | $ 12,849.25 |
| Deposit | Store 42 Operating | First State Bank | xxxxxx5568 | 169 South Frankston Highway, Frankston, TX 75763 | $ 893.14 |
| Deposit | Store 1 | Frost Bank | xxxxx7169 | 3859 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 7,040.72 |
| Deposit | Store 14 & 15 | Frost Bank | xxxx8563 | 3859 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 7,912.41 |
| Deposit | Store 12 | JPMorgan Chase Bank | xxxxxxxxxx0775 | 4701 Bryant Irvin Road, Fort Worth, TX 76132 | $ 6,901.58 |
| Deposit | Payroll | PlainsCapital Bank | xxxxxx1106 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 32,785.26 |
| Deposit | Lubbock Operating | PlainsCapital Bank | xxxxxx4688 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 27,511.74 |
| Deposit | Lubbock Pooled Cash | PlainsCapital Bank | xxxxxx5230 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 124,025.95 |
| Deposit | Store 70 | PlainsCapital Bank | xxxxxx5123 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 1,000.00 |
| Deposit | Store 80 Wholesale | PlainsCapital Bank | xxxxxx5222 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 1,000.00 |
| Deposit | Store 81 | PlainsCapital Bank | xxxxxx5453 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 1,000.00 |
| Deposit | Store 84 | PlainsCapital Bank | xxxxxx5164 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 1,000.00 |
| Deposit | Store 85 | PlainsCapital Bank | xxxxxx5214 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 1,000.00 |
| Deposit | Austin Operating | PlainsCapital Bank | xxxxxx1205 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 3,670.70 |
| Deposit | Austin Pooled Cash | PlainsCapital Bank | xxxxxx7592 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 5,088.75 |
| Deposit | Store 62 | PlainsCapital Bank | xxxxxx3011 | 3707 Camp Bowie Blvd., Fort Worth, TX 76107 | $ 1,000.00 |
| Deposit | Store 39 | Texas National Bank | xxx3168 | 484 Main Street, Rusk, TX 75785 | $ 7,204.14 |
| Deposit | Store 58 | United Community Bank | xxxx7496 | 2100 Justin Road, Highland Village, TX 75077 | $ 7,638.40 |
| Deposit | Store 2 | Wells Fargo | xxxxxx8604 | 901 West Rosedale, Forth Worth, TX 76104 | $ 3,544.05 |
| Deposit | Store 8 | Wells Fargo | xxxxxx1703 | 901 West Rosedale, Forth Worth, TX 76104 | $ 6,831.71 |
| Deposit | Store 4, 9, 22 & 26 | Woodhaven National Bank | 1842 | 6750 Bridge Street, Fort Worth, TX 76112 | $ 4,512.78 |
| | | | | Total | $ 372,650.33 |

# MAJESTIC LIQUOR STORES, INC.

## Attachment B.25

### to

### Schedules

| Asset | Property Description | VIN | Date In Service | Book Value end of May |
|---|---|---|---|---|
| **Account Number: 1550-Automobiles** | | | | |
| 477 | 99 Chrysler 300M | 2C3HE66G6XH692836 | 2/24/99 | $ - |
| 705 | 1999 GMC Van | 1GDJ7H1D8XJ854024 | 2/12/03 | - |
| 706 | 1999 GMC Van | 1GDJ7H1D2XJ854083 | 2/12/03 | - |
| 871 | 1995 Chevy Van | 1GCHG35K4SF216492 | 8/04/05 | 138.89 |
| 872 | 2005 Dodge Caravan | 1D4GP45RX5B353594 | 7/11/05 | 1,113.62 |
| 1000 | 2006 Acura | JH4KB16506C007502 | 7/25/06 | 11,669.49 |
| 1001 | 2004 Ford Explorer | 1FMZU62K34UA92003 | 7/27/06 | 3,390.62 |
| 1362 | 2005 Ford Explorer | 1FMZU62K65UA31472 | 10/20/06 | 5,019.08 |
| 1376 | 2005 Ford Explorer | 1FMZU62K55ZA76793 | 3/15/07 | 5,719.00 |
| 1379 | 1996 Isuzu Box Truck | JALC4B1K8T7000254 | 1/01/96 | - |
| 1425 | 2007 Ford Escape | 1FMCU041X7KA11456 | 8/18/08 | 14,006.54 |
| 1426 | 2006 Ford Explorer | 1FMEU63E66UB68128 | 8/14/08 | 9,871.45 |
| 1434 | 2005 Isuzu Box Truck | JALB4B16X57013640 | 9/23/08 | 13,995.36 |
| 1624 | 2008 Chevrolet Tahoe | 1GNFC13008R112413 | 1/07/08 | 19,229.68 |
| 1656 | 2007 Ford Explorer | 1FMEU63E97UB35402 | 10/01/08 | 10,816.00 |
| 1792 | 2007 Chevy Trailblazer | 1GNDS13S572286688 | 7/10/09 | 13,637.52 |
| 795 | 2001 Isuzu 14' Van | JALB4B14917007790 | 8/03/04 | - |
| 1378 | 2004 Isuzu Van | JALB4B14247011314 | 8/07/07 | 10,252.82 |
| 1424 | 2007 Jeep Liberty 545423 | 1J4GK48K17W545423 | 4/02/08 | 9,317.55 |
| 1427 | 2006 Ford Explorer | 1FMEU63E46UB69228 | 8/12/08 | 9,568.64 |
| | 1995 Ford Van | 1FTRE1429XHC22056 | | - |
| 1002 | 2005 Chevrolet Cargo Van | 1GCFG15XX51258657 | 9/28/06 | 4,385.07 |
| 1363 | 2003 Chevy Impala | 2G1WF52E739332955 | 7/31/07 | 3,300.59 |
| 1364 | 2003 Chevy Van | 1GCHG35U031176265 | 7/31/07 | 4,407.76 |
| 1365 | 2003 Chevy Van | 1GCHG35U531182336 | 7/31/07 | 4,407.76 |
| 1366 | 2004 Chevy Van | 1GCHG35U341178643 | 7/31/07 | 5,077.80 |
| 1367 | 2006 Chevy Van | 1GCGG25V961113605 | 7/31/07 | 5,989.42 |
| 1368 | 2006 Chevy Van | 1GCHG35U761161086 | 7/31/07 | 6,461.20 |
| 1369 | 2006 Chevy Van | 1GCHG35U461157383 | 7/31/07 | 6,433.59 |
| 1370 | 1996 Chevy Van | 1GCHG35R1T1032591 | 7/31/07 | 1,055.93 |
| 1371 | 1997 Chevy Van | 1GCHG35R0V1002937 | 7/31/07 | 1,405.84 |
| 1372 | 2001 Chevy Van | 1GCHG35R111113037 | 7/31/07 | 2,860.76 |
| 1373 | 2002 Chevy Van | 1GCHG35R521122504 | 7/31/07 | 3,567.64 |
| 1374 | 2002 Cadillac | 1G6KY54992U177071 | 7/31/07 | 4,812.92 |
| 1375 | 2002 Chevy Van | 1GCHG35R621113505 | 7/31/07 | 3,569.80 |
| 1377 | 2004 Ford Explorer | 1FMZU63K64ZA54296 | 7/11/07 | 6,691.52 |
| 1793 | 2009 Chev Exp Van | 1GCHG35K591113363 | 5/06/09 | 21,727.06 |
| 1794 | 2009 Chev Exp Van | 1GCHG35K791114711 | 5/06/09 | 21,727.06 |
| | | | | $ 245,627.99 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

In re: Majestic Liquor Stores, Inc.
Case Number: 10-43849-rfn-11

**BANKRUPTCY SCHEDULES AND SOFA: GENERAL NOTES SECTION**

<u>**NOTES PERTAINING TO DEBTOR**</u>

On June 6, 2010 (the "<u>Commencement Date</u>"), Majestic Liquor Stores, Inc. ("<u>Majestic</u>" or the "<u>Debtor</u>") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Northern District of Texas (the "<u>Bankruptcy Court</u>"). The Debtor continues to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On June 10, 2010, the Bankruptcy Court entered the *Order Extending the Time for Debtors to File Various Schedules and Statements Required Under Bankruptcy Rule 1007* [Docket No. 44] extending the time period to file the Schedules and SOFA (as defined below) to July 5, 2010. On July 9, 2010, the Bankruptcy Court entered the *Order Extending the Time for Majestic Liquor Stores, Inc., Majestic Texas-Grapevine, L.P., Majestic GP II, LLC, John Melvin Bratton and Kyle Tate Fair and Suzanne Patricia Fair to File Various Schedules and Statements Required Under Bankruptcy Rule 1007* [Docket No. 136] further extending the time period for the Debtor to file the Schedules and SOFA to July 9, 2010.

The Debtor prepared the schedule of assets and liabilities and the schedule of executory contracts and unexpired leases (collectively, the "<u>Schedules</u>") and the statement of financial affairs (the "<u>SOFA</u>" and together with the Schedules, the "<u>Schedules and SOFA</u>") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"). The Schedules and SOFA are unaudited and do not purport to represent financial statements prepared in accordance with Generally

Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the Debtor's financial statements.

Although the Debtor's management has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFA. In addition, while the Debtor has generated financial data the Debtor believes to be reasonable, actual assets and liabilities may deviate from the Schedules-and SOFA due to certain events that occur throughout the duration of this chapter 11 case. Accordingly, the Schedules and SOFA remain subject to further review and verification by the Debtor. These general notes regarding the Debtor's Schedules and SOFA (the "General Notes") are incorporated in, and comprise an integral part of, the Schedules and SOFA filed by the Debtor and should be referenced in connection with any review of the Schedules and SOFA. Nothing contained in the Schedules and SOFA shall constitute a waiver of any rights or claims of the Debtor against any third party with respect to any aspect of this chapter 11 case.

1.  **Amendments.** The Debtor reserves the right to amend and/or supplement the Schedules and SOFA as necessary and/or appropriate.

2.  **"As of" Information Date.** Unless otherwise stated, liability information is as of the Commencement Date.

3.  **Specific Notes.** These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFA. Disclosure of information in one Schedule, SOFA, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit or continuation sheet.

4. **Totals.** All totals that *are* included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

5. **Asset Presentation.** Each asset and certain liabilities of the Debtor is shown on the basis of the book value of the asset or liability in the Debtor's non-audited accounting books and records and not on the basis of current market values of such interest in property and/or liabilities. Attempts to obtain current market valuations of all assets would be cost prohibitive, unduly burdensome, and an inefficient use of estate assets. Accordingly, the Debtor has not attempted to do so in connection with the preparation of the Schedules and SOFA. Amounts ultimately realized may vary from the book value (or whatever value was ascribed) and such variance may be material.

6. **Liabilities.** Pursuant to orders of the Bankruptcy Court, the Debtor has been granted authority to pay, in its own discretion, certain prepetition obligations to certain employees, taxing authorities, lienholders, priority claimants, vendors, and customers. Accordingly, to the extent that these liabilities have been satisfied or are expected to be satisfied prior to the effective date of a chapter 11 plan, such liabilities may not be listed in the Schedules and SOFA.

In addition, as further discussed below, in the case of the claims of certain taxing authorities, the Debtor's investigation regarding such claims is ongoing.

7. **Property and Equipment - Owned.** Owned property and equipment are listed at net book value, including any depreciation (in accordance with GAAP) as recorded in the Debtor's books and records. Nothing in the Schedules and SOFA (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of its rights with respect to such issues.

8.     **Estimates.** To close the books and records of the Debtor, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of its assets, liabilities, revenue, and expenses. Accordingly, in some instances, as noted in the Schedules and SOFA, the Debtor has used estimated amounts where actual data as of the Commencement Date was not available.

9.     **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

10.     **Insiders.** The Debtor has attempted to include all payments made during the one-year period preceding the Commencement Date to any entity or individual deemed an "insider" pursuant to section 101(31) of the Bankruptcy Code. The listing of a party as an insider is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims and defenses are hereby expressly reserved.

11.     **Causes of Action.** The Debtor, despite reasonable efforts, may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules and SOFA. The Debtor reserves all of its rights with respect to any causes of action it may have, and neither these General Notes nor the Schedules and SOFA (or anything contained therein) shall be deemed a waiver of any such causes of action.

12.     **Schedule B.** Personal property assets are listed at net book value, per the Debtor's books and records as of the Commencement Date. However, these are subject to further review and reconciliation.

Exclusion of the value of the Debtor's intellectual property, goodwill, and other general intangibles shall not be construed as an admission or determination that such goodwill and other intangible assets have no value. Rather, as such assets do not have a liquid, readily determined value independent of the Debtor's other assets, the Debtor has not sought to attribute a liquidated value to such assets in preparation of Schedule B.

Furthermore, exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

The Debtor has not set forth executory contracts as assets on Schedule B. The Debtor's executory contracts are set forth in Schedule G, which includes the leases covering the Debtor's various locations. Certain of the leases listed on Schedule G have been rejected by the Debtor pursuant to the *Order Granting Authority to Reject Unexpired Leases* [Docket No. 113] entered by the Bankruptcy Court on June 29, 2010.

13. **Schedule D.** Secured claim amounts have been listed on Schedule D without regard to the value of assets secured thereby. The descriptions provided in Schedule D are intended only to be a summary.

Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. Nothing in the General Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements.

The Debtor's investigation into its lien liabilities is ongoing. The inclusion on Schedule

D of creditors that have asserted liens is not intended to be an acknowledgement of the validity, extent, or priority of any such liens, and the Debtor reserves its right to challenge such liens and the underlying claims on any ground whatsoever.

Except as specifically stated herein, utility companies and other parties which may hold security deposits have not been listed on Schedule D. The Debtor has not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

Certain taxing authorities throughout the State of Texas may possess liens against assets of the Debtor to secure the payment of ad valorem taxes. Due to the numerous counties in which the Debtor operates, the process of determining which taxing authorities possess claims for ad valorem taxes, and the amount thereof, is ongoing. Likewise, the Debtor is in the process of determining which, if any, taxing authorities throughout the State of Texas possess liens against assets of the Debtor to secure payment of ad valorem tax claims. Accordingly, any such tax claims have not been listed in Schedule D because the Debtor is currently in the process of determining the amount of such claims, the specific taxing authorities holding any such claims, and the extent, if any, to which such claims may be secured by liens on the Debtor's assets.

14.     **Schedule E.** It should be noted that the Debtor has received authority to pay certain valid prepetition tax liabilities. The Debtor's investigation into its various tax liabilities is ongoing. The inclusion on Schedule E of such tax claims is not intended to be an acknowledgement of the validity, or priority of any such claim, and the Debtor reserves its right to challenge such claims on any ground whatsoever.

15.     Certain taxing authorities throughout the State of Texas may possess claims against the Debtor for ad valorem taxes which are entitled to priority status. Due to the numerous counties in which the Debtor operates, the process of determining which taxing

authorities possess claims for ad valorem taxes, and the amount thereof, is ongoing. Likewise, the Debtor is in the process of determining which, if any, such claims are entitled to priority status. Accordingly, any such tax claims have not been listed in Schedule E because the Debtor is currently in the process of determining the amount of such claims, the specific taxing authorities holding any such claims, and the extent, if any, to which such claims may be entitled to priority status.

16. **Schedule F.** The liabilities identified in Schedule F are derived from the Debtor's books and records, which may or may not, in fact, be completely accurate, but they represent a reasonable attempt by the Debtor to set forth its unsecured obligations. Accordingly, the actual amount of claims against the Debtor may vary from the represented liabilities. Parties in interest should consult their own professionals and/or advisors with respect to pursuing a claim.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which each claim listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtor has not listed a date for each claim listed on Schedule F. Further, any open accounts payable amounts listed in Schedule F relate only to approved invoices and do not take into account any accrued or uninvoiced liabilities.

17. **Schedule G.** While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred. Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in

effect on the Commencement Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary; including the right to assert contracts, agreements, or leases are not executory contracts under section 365 of the Bankruptcy Code. Further, any and all of the Debtor's rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, letters, and other documents, instruments, and agreements which may not be listed therein. Certain of the contracts, agreements, and leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth in Schedule G. Additionally, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as easements, rights of way, indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents might not be set forth in Schedule G. Each entry in Schedule G represents a separate executory contract or unexpired lease. However, in some instances, the Debtor may have entered into multiple related contracts with a counterparty, which results in multiple related entries in a particular Schedule G.

There also may be instances where the Debtor is not a party to the contract but has been the primary entity conducting business in connection with these contracts. Moreover, in some cases it may have been impractical or impossible to determine if the Debtor assumed the obligations of a contract entered into by a former legal entity or other non-Debtor entity.

Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or

unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such contracts or agreements are not impaired by the omission.

18.     **Schedule H.** The Debtor may not have identified certain guaranties that are embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guaranties reflected on Schedule H may have expired or may no longer be enforceable. The Debtor reserves its rights to amend Schedule H to the extent that additional guaranties are identified or such guaranties are discovered to have expired or become unenforceable.

19.     **SOFAs 3b and 4b.** In the ordinary course of business, the Debtor may be obligated to withhold amounts from the paychecks of various regular employees in connection with garnishment orders or other state law withholding orders. The Debtor believes that these amounts do not constitute property of the estate and, accordingly, are not responsive to these questions. Moreover, out of concern for the confidentiality of the Debtor's employees, the Debtor has not listed any such garnishments in response to these questions.

20.     **SOFA 9.** The Debtor has listed all payments made within one year preceding the Commencement Date to bankruptcy professionals and other advisors retained pursuant to orders entered (or expected to be entered) by the Bankruptcy Court in SOFA 9. The Debtor has not verified that all such payments relate to debt consolidation, relief under the bankruptcy law, or preparation of a petition in bankruptcy.

21.     **Reservation of Rights and Exculpation.** Nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to the chapter 11 case and, specifically, with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers. The Debtor and its agents, attorneys, and advisors do not guarantee or warrant

the accuracy, completeness, or correctness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and advisors are advised of the possibility of such damages.

L:\BFORSHEY\Majestic Liquor #5363\Pleadings\Disclosures re Schedules - SOFA 07.09.10.docx